Attorney ID#61090

FILED
8/8/2019 3:45 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

6103510

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| BONITA LIPSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2019L008808 |
| v. | ) IN EXCESS OF $50,000.00 |
| | ) |
| WALMART, INC. a Corporation, | ) |
| | ) |
| Defendant. | ) |

### COMPLAINT AT LAW

Now comes the Plaintiff, BONITA LIPSEY, by her attorneys, TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC, and complaining of the Defendant, WALMART, INC., a Corporation, alleges as follows:

1. That on or about August 23, 2017, and for a long time prior thereto, the Defendant owned, possessed, operated, managed, maintained and controlled or had a duty to own, possess, operate, manage, maintain and control, both directly and indirectly, individually and through its agents, servants and employees, a certain store located at or about 4720 S. Cottage Grove Ave., Chicago, IL 60615, in the City of Chicago, County of Cook, and State of Illinois.

2. That at the aforementioned time and place and prior thereto, the Defendant, individually and through its agents, servants, and/or employees, well knowing its duty in this regard, carelessly and negligently caused and permitted said premises to become and remain in a dangerous condition for persons using said premises, although the Defendant, knew, or in the exercise of ordinary and reasonable care should have known, of said dangerous condition.


DEFENDANT'S EXHIBIT B

3. That at the aforesaid time and place, the Plaintiff was walking on the aforementioned store floor.

4. That the Defendant, individually and through its agents, servants, and/or employees, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

    (a) Improperly operated, managed, maintained and controlled the aforesaid premises, so that as a direct and proximate result thereof, the Plaintiff was injured.

    (b) Failed to make a reasonable inspection of the aforesaid premises and said restaurant floor, when the Defendant knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff.

    (c) Failed to warn the Plaintiff of the dangerous condition of said restaurant floor, when the Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff.

    (d) Allowed and permitted a liquid substance to accumulate in an unsafe manner on said floor.

    (e) Failed to place warning signs indicating that the floor was wet or slick.

    (f) Failed to properly and reasonably train and supervise its agents, servants, and/or employees.

5. That on the aforementioned date and as a result of the aforesaid acts of the Defendant, individually and through its agents, servants, and/or employees, the Plaintiff was caused to slip and fall on the wet and/or slick store floor.

FILED DATE: 8/8/2019 3:45 PM 2019L008808

FILED DATE: 8/8/2019 3:45 PM   2019L008808

6. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be hindered and prevented from attending to his usual duties and affairs and has lost, and will in the future lose, the value of that time as aforementioned. Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, BONITA LIPSEY, demands judgment against the Defendant, WALMART, INC., a Corporation, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

Respectfully submitted,

TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC

_____
Chester L. Cameron, Jr.

Attorneys for Plaintiff:
Mr. Chester L. Cameron, Jr.
**TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC**
Attorney ID#61090
225 West Wacker Drive / Suite 1750
Chicago, IL 60606
Phone Number: (312) 586 –1700
Email: ccameron@tpmblegal.com