UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONITA LIPSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:19-CV-7681 |
| | ) |
| WALMART, INC., a Corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS ACTION

Come now, the parties, by their respective counsel, and stipulate to this dismiss this action with prejudice and all parties bearing their own costs per Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| /s/ Chester L. Cameron, Jr. | /s/ James P. Balog |
| Chester L. Cameron, Jr. | James P. Balog |
| Taxman, Pollock, Murray & Bekkerman | Ariel T. Flood |
| 225 W. Wacker Dr., Ste. 1650 | O'Hagan Meyer, LLC |
| Chicago, IL 60606 | 1 E. Wacker Dr., Ste. 3400 |
| T: (312) 586-1700 | Chicago, IL 60601 |
| E-mail: ccameron@tpmblegal.com | T: (312) 422-6160 |
| Attorney for Plaintiff | E-mail: jbalog@ohaganmeyer.com |
| | Attorneys for Defendant |